UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, )<br>        )<br>   PLAINTIFF )<br>        )<br>V.        )<br>        )<br>TROY ROSS, ET AL.,  )<br>        )<br>   DEFENDANTS ) | CIVIL NO. 2:15-CV-274-DBH |

### ORDER ON PLAINTIFF'S APPEAL OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO APPOINT COUNSEL

On July 21, 2015, the United States Magistrate Judge entered his Order denying the plaintiff's motion to appoint counsel. The plaintiff filed an appeal of the Magistrate Judge's ruling on July 29, 2015. I have read the complaint, the motion to appoint counsel and the Magistrate Judge's ruling. I find that the plaintiff appears able to state his claims clearly and without confusion, that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law at this early stage of the case, and that the plaintiff can renew his motion if the case later shows the need for appointment of counsel.

Accordingly, the plaintiff's appeal of the Magistrate Judge's Order is **OVERRULED**.

**SO ORDERED.**

DATED THIS 3RD DAY OF AUGUST, 2015

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**