# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, )<br>)<br>   PLAINTIFF )<br>)<br>v.   )<br>)<br>TROY ROSS AND CHRISTOPHER )<br>GOWEN, )<br>)<br>   DEFENDANTS ) | CIVIL NO. 2:15-CV-274-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 29, 2015, the United States Magistrate Judge filed with the court, with copies to the plaintiff and counsel for the defendants, his Recommended Decision on the defendant Troy Ross's motion to dismiss. The time within which to file objections expired on November 16, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant Ross's motion to dismiss is **DENIED**.

**SO ORDERED.**

DATED THIS 2ND DAY OF DECEMBER, 2015

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**