# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| NICHOLAS A. GLADU, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:15-CV-274-DBH |
| | ) | |
| TROY ROSS AND CHRISTOPHER GOWEN, | ) | |
| | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER AFFIRMING RULING OF THE MAGISTRATE JUDGE

On January 5, 2016, the United States Magistrate Judge entered his Order on Plaintiff's Motion to Appoint Expert Witness. The plaintiff filed an objection to the Magistrate Judge's ruling on January 25, 2016. I have reviewed and considered the Magistrate Judge's Order and the plaintiff's objection. The plaintiff's objection is **OVERRULED** and the Magistrate Judge's Order is **AFFIRMED** because the Order is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

SO ORDERED.

DATED THIS 9TH DAY OF FEBRUARY, 2016

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**