# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, | ) |
|                 PLAINTIFF | ) |
| v. | )   CIVIL NO. 2:15-CV-274-DBH |
| TROY ROSS AND CHRISTOPHER GOWEN, | ) |
|                 DEFENDANTS | ) |

## ORDER AFFIRMING RECOMMENDED DECISON OF THE MAGISTRATE JUDGE

On July 11, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion for Summary Judgment. The plaintiff filed his objection to the Magistrate Judge's Recommended Decision on July 29, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant Ross's motion for summary judgment is **GRANTED**.

**SO ORDERED.**

DATED THIS 10TH DAY OF AUGUST, 2016

                                                                     /S/D. BROCK HORNBY
                                                                     **D. BROCK HORNBY**
                                                                     **UNITED STATES DISTRICT JUDGE**