# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>TROY ROSS AND CHRISTOPHER )<br>GOWEN, )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:15-CV-274-DBH |

## ORDER AFFIRMING RULINGS OF THE MAGISTRATE JUDGE

On September 7, 2016, the United States Magistrate Judge entered an Order denying in part the Plaintiff's Motion for In Camera Review of Defendants' Redacted Discovery Production (ECF No. 109).  The plaintiff filed his objections to the Magistrate Judge's Order on September 26 (ECF No. 119) and October 13, 2016 (ECF No. 122).

On October 26, 2016, the United States Magistrate Judge entered an Order After Further In Camera Review (ECF No. 125).  Objections to the Magistrate Judge's Order were filed by the defendant Troy Ross on November 7 (ECF No. 127), and by the plaintiff on November 7, 2016 (ECF No. 128).

I have reviewed and considered the Magistrate Judge's Orders and the parties' objections.  The parties' objections are **OVERRULED** on the basis that the Magistrate Judge's rulings are neither clearly erroneous nor contrary to law.  See Fed. R. Civ. P. 72(a).

SO ORDERED.

DATED THIS 5TH DAY OF DECEMBER, 2016

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE