# United States Court of Appeals
## For the First Circuit

---

No. 16-2098

NICHOLAS A. GLADU,

Plaintiff - Appellant,

v.

TROY ROSS, sued in his individual capacity,

Defendant - Appellee,

CHRISTOPHER GOWEN,

Defendant.

---

**JUDGMENT**

Entered: January 18, 2017
Pursuant to 1st Cir. R. 27.0(d)

      By order entered October 5, 2016, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by October 19, 2016 would lead to dismissal for lack of diligent prosecution.

      Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Nicholas A. Gladu
James Edward Fortin
Martin J. Ridge