# United States Court of Appeals
## For the First Circuit

No. 16-2098

NICHOLAS A. GLADU

Plaintiff - Appellant

v.

TROY ROSS, sued in his individual capacity

Defendant - Appellee

CHRISTOPHER GOWEN

Defendant

**MANDATE**

Entered: February 10, 2017

    In accordance with the judgment of January 18, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
James Edward Fortin
Nicholas A. Gladu
Martin J. Ridge